### In re MORGAN'S ESTATE.

(Supreme Court, Appellate Division, First Department. March 20, 1896.)

Appeal from order of surrogate, New York county.
Petition by William A. Street and others, executors of the estate of George Morgan, deceased, for an appraisal of testator's property. From a judgment affirming an order of the surrogate's court fixing the assessment of such estate, the executors appeal. Affirmed.
Argued before VAN BRUNT, P. J., and WILLIAMS, PATTERSON, O'BRIEN, and INGRAHAM, JJ.

George L. Rives, for appellants.
Jabish Holmes, Jr., and Edgar J. Levey, for respondent.

PATTERSON, J. The questions in this case are the same as those in Re Whiting (decided herewith) 38 N. Y. Supp. 131. For the reasons stated in the opinion in that case, therefore, the order appealed from should be affirmed, with costs.

WILLIAMS and O'BRIEN, JJ., concur.

INGRAHAM, J. (dissenting).  The question presented is discussed in the case of In re Whiting (decided herewith) 38 N. Y. Supp. 131, and the views that I then expressed would lead to a reversal of this order.  I therefore dissent from the conclusion arrived at by the court.

VAN BRUNT, P. J., concurs.